IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MICHAEL JEROME BRYANT,
          Plaintiff,

vs.                                                    Case No.: 5:13cv310/MMP/EMT

SERGEANT ROB BURKS, et al.,
          Defendants.

_____/

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk.  Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (doc. 1).  On November 13, 2013, Plaintiff was given thirty (30) days in which to submit a completed motion to proceed in forma pauperis with the appropriate documentation or pay the filing fee in the amount of $400.00 (doc. 7).  Subsequently, on December 17, 2013, the court gave Plaintiff through January 16, 2014, to submit a fully completed motion to proceed in forma pauperis by filing a copy of his inmate trust fund account for the six-month period prior to the initiation of this action on September 8, 2013 (*see* docs. 8–10).  Plaintiff failed to respond to the order; therefore, on January 21, 2014, the court issued an order requiring Plaintiff to show cause, within twenty-one (21) days, why this action should not be dismissed for failure to comply with an order of the court (doc. 11).  The time for compliance with the show cause order has now elapsed, with no response from Plaintiff .

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 3rd day of March 2014.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Any objections to these proposed** 5:13cv310 **findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>. A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings.** *See* **28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).**

Case No: 5:13cv310/MMP/EMT