IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MICHAEL JEROME BRYANT,

    Plaintiff,

v.                                   CASE NO. 5:13-cv-00310-MP-EMT

ROB BURKS, DAVID L CALBERG, MICHAEL MILLER,

    Defendants.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation of the Magistrate Judge, Doc. 12, which recommends that this case be dismissed without prejudice for failure to follow the orders of the Court at Docs. 7, 9 and 11. The Magistrate Judge filed the Report on March 3, 2014. Plaintiff has filed no objection, and the time to do so has passed. Upon consideration, the Court agrees with the Magistrate Judge that the case should be dismissed. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Report and Recommendation of the Magistrate Judge (Doc. 12) is ACCEPTED and incorporated herein, and this case is DISMISSED without prejudice.

**DONE AND ORDERED** this *3rd* day of April, 2014

                        *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge